ERNEST MILTON V. THE STATE.

No. 21539. Delivered April 2, 1941.

The opinion states the case.

*John M. Mathis, Jr.,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of cattle theft and sentenced to two years in the penitentiary.

The procedure appears to be regular. No statement of facts or bills of exception are presented, and there is nothing for this court to review.

The judgment of the trial court is affirmed.